IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DAVID B. CLAY,                              )
                                           )
                        Plaintiff,         )
                                           )
            vs.                            )          No. CIV-12-1144-C
                                           )
CANADIAN COUNTY JAIL,                      )
                                           )
                        Defendant.         )

ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on February 15, 2013, recommending dismissal for failure to pay filing fee or submit a motion to proceed in forma pauperis.  Plaintiff has submitted a letter to the Court Clerk which, among other things, objects to the recommendation, so the Court will treat this pleading (Dkt. No. 16) as a properly filed objection.

Plaintiff's objection merely asks, once again, that the appropriate form be mailed to him.  However, for the reasons set out in the Report and Recommendation, there appears to be no reason to continue delaying the inevitable.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge.  This action is dismissed without prejudice.

IT IS SO ORDERED this 6th day of March, 2013.

ROBIN J. CAUTHRON
United States District Judge